# EXHIBIT A

**COMPLAINT FOR BREACH OF CONTRACT, TORTIOUS BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, AND UNFAIR TRADE PRACTICES (Cal. Bus. & Prof. Code §§17200, *et seq.*)**

# EXHIBIT A

**COMPLAINT FOR BREACH OF CONTRACT, TORTIOUS BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, AND UNFAIR TRADE PRACTICES (Cal. Bus. & Prof. Code §§17200, *et seq.*)**

In this policy, the words "you" and "your" mean you, the Insured named below; "we," "our" and "us" mean Provident Life and Accident Insurance Company.

We will pay benefits for covered loss resulting from Injuries or Sickness subject to all of the provisions of this policy. Loss must begin while the policy is in force.

This policy is a legal contract between you and us. It is issued in consideration of the payment in advance of the required premium and of your statements and representations in the application. A copy of your application is attached and made a part of the policy.

**NON-CANCELLABLE AND GUARANTEED CONTINUABLE TO AGE 65 AT GUARANTEED PREMIUMS:** You can continue this policy to age 65 by paying premiums on time. The premiums shown in the Policy Schedule on Page 3 are guaranteed to age 65.

**CONDITIONAL RIGHT TO RENEW AFTER AGE 65; PREMIUMS ARE NOT GUARANTEED:** You can renew this policy as long as you are actively and gainfully working full time; there is no age limit. You must pay premiums on time at our premium rates then in effect at time of renewals. (For further conditions, see the page titled "Premiums and Renewals." See Page 7 for the benefit provisions that will be included in the continued policy.)

## D I S A B I L I T Y   I N C O M E   P O L I C Y

### ROBERT H CHRISTENSEN, the Insured
### Policy Number 06-335-5003660

### THIS POLICY IS A REWRITE FROM OTHER COVERAGE -- SEE PAGE 3

### SEE ADDITIONAL EXCLUSION(S) ON PAGE 3-A

**10 day right to examine your policy** — We want you to fully understand and be entirely satisfied with your policy. If you are not satisfied for any reason, you may return the policy to us, or to the agent through whom it was purchased, within 10 days of its receipt. We will refund any premiums you have paid within 10 days after we receive your notice of cancellation and the policy. It will be considered never to have been issued.

335

GUIDE TO POLICY PROVISIONS

| | Page |
|---|---|
| Renewal Conditions | 1 |
| Policy Schedule | 3 |
| UPDATE | 3 |
| Definitions (Injuries, Sickness, age, Physician, Total Disability, your occupation, period of disability, Elimination Period) | 4 |
| Exclusion | 5 |
| Pre-existing Condition Limitation | 5 |
| **Benefits** | |
| Total Disability | 5 |
| Presumptive Total Disability | 5 |
| Transplant Surgery | 6 |
| Cosmetic Surgery | 6 |
| Pregnancy | 6 |
| Waiver of Premium | 6 |
| Rehabilitation | 6 |
| Treatment of Injuries (Payable if disability benefits not paid) | 7 |
| Benefits When Policy Renewed After Age 65 | 7 |
| Payment for Part of Month | 7 |
| **Additional Benefits** | |
| Residual Disability (includes revised Waiver of Premium provision) | 8 |
| Cost of Living Adjustment | 12 |
| **Premiums and Renewals** | |
| Policy Term | 15 |
| Grace Period | 15 |
| Conditional Right to Renew After Age 65; Premiums Are Not Guaranteed | 15 |
| Reinstatement | 15 |
| Suspension During Military Service | 16 |
| Premium Adjustment at Death | 16 |
| **Claims** | |
| Notice of Claim | 16 |
| Claim Forms | 16 |
| Proof of Loss | 16 |
| Time of Payment of Claims | 17 |
| Payment of Claims | 17 |
| Physical Examinations | 17 |
| Misstatement of Age | 17 |
| Legal Actions | 17 |
| **General Provisions** | |
| Entire Contract | 17 |
| Incontestable | 17 |
| Conformity With State Statutes | 17 |
| Assignment | 17 |
| Premium Payment Rider | 18 |

READ YOUR POLICY CAREFULLY

# P O L I C Y   S C H E D U L E

Insured – ROBERT H CHRISTENSEN          Policy Number – 06-335-5003660
Effective Date – April 1, 1989          First Renewal Date – May 1, 1989
Issue Date – March 31, 1989             Renewal Term – Twelve Months

Annual Policy Premium payable from April 1, 1989 until the first UPDATE Increase Date
(see Page 3 (cont.)) is $2,630.07 on a non smoking premium basis.

Other Premium Paying Methods:
        $1,341.33 Semi-Annually
        $683.81 Quarterly
        $223.57 Monthly (Preauthorized Bank Draft only)

------------------------MONTHLY BENEFIT FOR TOTAL DISABILITY------------------------

$4,800.00

------------------------------ELIMINATION PERIOD------------------------------------

60 days of Total and/or Residual Disability

An Elimination Period starting after age 65
must consist entirely of days of Total Disability

----------------------------MAXIMUM BENEFIT PERIODS---------------------------------

Injuries:
    Total Disability starting before age 65  ...........................  for Life
    Total Disability starting at age 65 but before age 75  .............  24 months
    Total Disability starting at or after age 75  ......................  12 months

Sickness:
    Total Disability starting before age 60  ...........................  for Life
    Total Disability starting at age 60 but before age 61  .............  to age 65
    Total Disability starting at age 61 but before age 62  .............  48 months
    Total Disability starting at age 62 but before age 63  .............  42 months
    Total Disability starting at age 63 but before age 64  .............  36 months
    Total Disability starting at age 64 but before age 65  .............  30 months
    Total Disability starting at age 65 but before age 75  .............  24 months
    Total Disability starting at or after age 75  ......................  12 months

-----------------------------------------------------------------------------------
Rehabilitation Expense  ................................  $14,400.00 Maximum Amount

Treatment of Injuries (Payable if disability
        benefits not paid)  ..............................  $2,400.00 Maximum Amount

-----------------------------ADDITIONAL BENEFITS-----------------------------------
(The premium shown for each benefit is included in the Policy Premium shown above.)

**(Policy Schedule is continued on next page.)**

335(L-L60)              ROBERT H CHRISTENSEN 06-335-5003660              Page 3

## POLICY SCHEDULE (continued)

Residual Disability Benefit ..............................Page 8      Premium $465.37

Cost of Living Adjustments (COLA) with Guaranteed
Percentage Increase (GPI) Option .........................Page 12

|  |  |  |
|---|---|---|
| Maximum COLA Percentage | 4% | Premium $254.74 |
| Available GPI | 8% | Premium $73.72 |
|  | Total COLA/GPI | Premium $328.46 |

--------------------------------------------------------------------------------

### THIS POLICY IS ISSUED IN LIEU OF AND REPLACES:

POLICY NO. 06-334-567294 DATED April 13, 1983
POLICY NO. 06-PC-496269 DATED October 28, 1981
POLICY NO. 06-PC-359532 DATED January 2, 1979
POLICY NO. 06-PC-359533 DATED January 2, 1979

The Pre-existing Condition Limitation and Incontestable provisions in this policy are
waived up to the extent of that which was earned for the same benefits provided by
the policies it replaced.

(Policy Schedule is continued on next page.)

## POLICY SCHEDULE (continued)

---------------------------------------UPDATE-----------------------------------------

The benefits and premium named below will be automatically increased without evidence
of insurability, as follows:

| UPDATE Increase Date | New Monthly Benefit for Total Disability | New Maximum Amount for Rehabilitation Expense | New Maximum Amount for Treatment of Injuries | New Annual Premium for this Policy |
|---|---|---|---|---|
| 4/01/90 | $5,140.00 | $15,420.00 | $2,570.00 | $2,866.26 |
| 4/01/91 | $5,500.00 | $16,500.00 | $2,750.00 | $3,128.95 |
| 4/01/92 | $5,890.00 | $17,670.00 | $2,945.00 | $3,427.19 |
| 4/01/93 | $6,310.00 | $18,930.00 | $3,155.00 | $3,763.06 |
| 4/01/94 | $6,760.00 | $20,280.00 | $3,380.00 | $4,138.69 |

UPDATE Benefit increases are effective on the UPDATE Increase Dates shown.  If an
UPDATE Increase Date shown does not coincide with a renewal date for this policy, the
increase will be effective on the next renewal date.

An UPDATE Benefit increase will apply only to a period of disability which starts
after the effective date of the increase. It must qualify as a separate period of
disability.  If the premium for the policy is being waived on the effective date of
the increase, the premium for the increase will also be waived. When you resume paying
premiums for the policy, you must also start paying the premium for the increase.

You are entitled to UPDATE Benefit increases on the dates shown above. If you do not
accept an increase, your refusal:

1.  forfeits your right on that UPDATE Increase Date to the UPDATE Benefit increase;
2.  postpones the schedule of benefit increases to the next UPDATE Increase Date, if
    any;
3.  adjusts the premiums for the remaining increases, if any, since such premiums are
    based on your attained age at the time of an UPDATE Benefit increase; and
4.  in no way extends the last UPDATE Increase Date shown above.

Each refusal of an UPDATE Benefit increase reduces the number of UPDATE Benefit in-
creases to which you were entitled by one.

If you are under age 59 on the last UPDATE Increase Date, you may apply for an
amendment providing additional UPDATE Benefit increases.  You can do this by making
formal application within the period of 60 days prior to and 31 days after the last
UPDATE Increase Date.  Approval will be subject to our underwriting guidelines then
in effect.

### (Policy Schedule is continued on next page.)

POLICY SCHEDULE  (continued)

ADDITIONAL EXCLUSION(S)

In addition to the exclusions contained herein, this policy does not cover loss caused by:

*ANY INJURY TO OR DISEASE OF THE LEFT KNEE.

* This waiver applies only to increase in benefits over those provided in the original policies.

06-334-567294
06-PC-496269
06-PC-359532
06-PC-359533

*These provided 1,800 per month*

I understand that the above additional exclusion(s) is a part of the below numbered policy issued to me by Provident Life and Accident Insurance Company.

_____ Signature of Insured    4/6/89

Accident Department

1330-S                ROBERT H CHRISTENSEN 06-335-5003660                Page 3-A

## DEFINITIONS

**Injuries** means accidental bodily injuries occurring while your policy is in force.

**Sickness** means sickness or disease which is first manifested while your policy is in force.

**age**, when used before a number, such as in "age 65", means the ending date of the policy term in which you attain that age.  A policy term is described on the page titled "Premiums and Renewals."

**Physician** means any person other than you who is licensed by law, and is acting within the scope of the license, to treat Injuries or Sickness which results in covered loss.

**Total Disability** or **totally disabled** means that due to Injuries or Sickness:

1. you are not able to perform the substantial and material duties of your occupation; and

2. you are receiving care by a Physician which is appropriate for the condition causing the disability.

**your occupation** means the occupation (or occupations, if more than one) in which you are regularly engaged at the time you become disabled.  If your occupation is limited to a recognized specialty within the scope of your degree or license, we will deem your specialty to be your occupation.

**period of disability** means a period of disability starting while this policy is in force.  Successive periods will be deemed to be the same period unless the later period:

1. is due to a different or unrelated cause, or

2. starts more than twelve months after the end of the previous period;

in which event, the later period will be a new or separate period of disability.  A new Elimination Period must then be met.  And, a new Maximum Benefit Period will apply.

**Elimination Period** means the number of days of disability that must elapse in a period of disability before benefits become payable.  The number of days is shown on Page 3.  These days need not be consecutive; they can be accumulated during a period of disability to satisfy an Elimination Period.  Benefits are not payable, nor do they accrue, during an Elimination Period.

## EXCLUSION

We will not pay benefits for loss caused by war or any act of war, whether war is declared or not.

Additional exclusions, if any, appear in the Policy Schedule.

## PRE-EXISTING CONDITION LIMITATION

We will not pay benefits for loss starting within two years of the Effective Date of this policy which is caused by a Pre-existing Condition. A claim for benefits for loss starting thereafter will not be reduced or denied on the ground it is caused by a Pre-existing Condition unless the condition is excluded by name or specific description. Pre-existing Condition means a physical impairment, deformity or a medical condition that was not disclosed, or that was misrepresented, in answer to a question in the application for this policy. A medical condition means a sickness or physical condition which either:  1) resulted in your receiving medical advice or treatment; or 2) caused symptoms for which an ordinarily prudent person would seek medical advice or treatment.

## BENEFITS
**TOTAL DISABILITY**
We will pay the Monthly Benefit for Total Disability shown on Page 3 as follows:

1. Benefits start on the day of Total Disability following the Elimination Period.
2. Benefits will continue while you are totally disabled during the period of disability but not beyond the Maximum Benefit Period.

In no event will you be considered to have more than one disability at the same time. The fact that a disability is caused by more than one Injury or Sickness or from both will not matter. We will pay benefits for the disability which provides the greater benefit.

**PRESUMPTIVE TOTAL DISABILITY – LOSS OF SPEECH, HEARING, SIGHT OR THE USE OF TWO LIMBS**
You will be presumed totally disabled if Injuries or Sickness results in the entire and permanent loss of:

1. speech;
2. hearing in both ears;
3. the sight of both eyes; or
4. the use of both hands, or of both feet or of one hand and one foot.

You must present satisfactory proof of your loss.  Your ability to work will not matter.  Further medical care will not be required.  Benefits will be paid according to the Total Disability provisions of this policy.  But, benefits will start on the date of loss if earlier than the day benefits start as shown on Page 3.  If loss occurs before you attain age 65, the Monthly Benefit for Total Disability will be paid as long as you live regardless of the Maximum Benefit Period shown on Page 3.

**TRANSPLANT SURGERY**
You might be disabled from the transplant of part of your body to another person.
If so, we will consider it to be the result of a Sickness.

**COSMETIC SURGERY**
You might be disabled from surgery to improve your appearance or to correct
disfigurement. If so, we will consider it to be the result of a Sickness.

**PREGNANCY**
You might be disabled from pregnancy or childbirth. If so, we will consider it to
be the result of a Sickness.

**WAIVER OF PREMIUM**
After you have been totally disabled for 90 days during a period of disability, we
will:

1.  refund any premiums which became due and were paid while you were totally dis-
    abled; and
2.  waive the payment of each premium which thereafter becomes due for as long as
    the period of disability lasts. After it ends, to keep this policy in force,
    you must again pay any premiums which become due.

For premiums to be waived, you must give us satisfactory proof of disability.

**REHABILITATION**
Total Disability - Your participation in a program of occupational rehabilitation will
not of itself be considered a recovery from Total Disability.

Expense - If, during a period of Total Disability, you participate in a program of
occupational rehabilitation which we approve, we will pay for certain expenses you
incur. That is, we will pay for the reasonable cost of training and education which
is not otherwise covered under health care insurance, workers' compensation or any
public fund or program. But, we will not pay more than the Maximum Amount for Reha-
bilitation Expense shown on Page 3.

A program of occupational rehabilitation must be designed to help you return to work
and be:

1.  a formal program of rehabilitation at an accredited graduate school, college
    or business school, or at a licensed vocational school;
2.  a recognized program operated by the federal or a state government; or
3.  any other professionally planned rehabilitation program of training or educa-
    tion.

335-B1                    ROBERT H CHRISTENSEN 06-335-5003660                    Page 6

**TREATMENT OF INJURIES (PAYABLE IF DISABILITY BENEFITS NOT PAID.)**
If Injuries require medical treatment prescribed by a Physician, we will pay your
expenses for the treatment. But, we will not pay more than the Maximum Amount for
Treatment of Injuries shown on Page 3 as a result of any one accident.

If you qualify for payment under this provision and also under a disability provision
of this policy because of the same accident, payment will be made under the provision
which provides the greater benefit.

**BENEFITS WHEN POLICY RENEWED AFTER AGE 65**
If this policy is continued in accordance with the "Conditional Right to Renew After
Age 65" on Page 1, all of the benefit provisions on Pages 5, 6 and 7 will be included
in the continued policy. (Any additional benefit provision contained in this policy
will not be included unless it is named on Page 3 as one that will be included in the
continued policy.) The Maximum Benefit Period starting while this policy is so con-
tinued is shown on Page 3. The Monthly Benefit for Total Disability will not change
unless you choose to renew with a lesser amount.

**PAYMENT FOR PART OF MONTH**
If any payment under this policy is for part of a month, the daily rate will be 1/30th
of the payment which would have been made if disability had continued for the whole
month.

**RESIDUAL DISABILITY BENEFITS**
with Recovery Benefits and with Cost of Living Indexing of Prior Monthly Income (Nothing in this provision limits the policy definition of "Total Disability.")

## DEFINITIONS

**Monthly Income** means your monthly income from salary, wages, bonuses, commissions, fees or other payments for services which you render or your business provides. Normal and usual business expenses are to be deducted; income taxes are not. Monthly Income must be earned. It does not include dividends, interest, rents, royalties, annuities, sick pay or benefits received for disability under a formal wage or salary continuation plan or other forms of unearned income.

Monthly Income can be credited to the period in which it is actually received or to the period in which it is earned. We allow either the cash or accrual accounting method. But, the same method must be used to determine the Prior Monthly Income and the Current Monthly Income during a period of disability. If you elect the cash accounting method, we will not include income received for services rendered prior to the start of a period of disability in your Current Monthly Income.

**Prior Monthly Income** means the greatest of:

1. your average Monthly Income for the 12 months just prior to the start of the period of disability for which claim is made;
2. your average Monthly Income for the year with the highest earnings of the last two years prior to the start of such period of disability; or
3. your highest average Monthly Income for any two successive years of the last five years prior to the start of such period of disability.

**Current Monthly Income** means your Monthly Income in your occupation for each month of Residual Disability being claimed.

**Loss of Monthly Income** means the difference between Prior Monthly Income and Current Monthly Income. Loss of Monthly Income must be caused by the Residual Disability for which claim is made. The amount of the loss must be at least 20% of Prior Monthly Income to be deemed Loss of Monthly Income. If your loss is more than 75% of Prior Monthly Income, we will deem the loss to be 100%.

**Residual Disability or residually disabled,** during the Elimination Period, means that due to Injuries or Sickness:

1. you are not able to do one or more of your substantial and material daily business duties or you are not able to do your usual daily business duties for as much time as it would normally take you to do them;
2. you have a Loss of Monthly Income in your occupation of at least 20%; and
3. you are receiving care by a Physician which is appropriate for the condition causing disability.

After the Elimination Period has been satisfied, you are no longer required to have a loss of duties or time. **Residual Disability or residually disabled** then means that as a result of the same Injuries or Sickness:

1. you have a Loss of Monthly Income in your occupation of at least 20%; and
2. you are receiving care by a Physician which is appropriate for the condition causing the Loss of Monthly Income.

**Monthly Benefit for Total Disability** is shown on Page 3.  (It can be increased by certain other benefit provisions if they are included in your policy and are applicable.  If included, they are titled "Cost of Living Adjustments of Monthly Benefits" and "Social Insurance Substitute Benefit.")

**Residual Disability Monthly Benefit** is the benefit payable under this provision.  It is determined monthly by this formula.  Each month, it equals:

$$\frac{\text{Loss of Monthly Income}}{\text{Prior Monthly Income}} \times \text{Monthly Benefit for Total Disability}$$

### RESIDUAL DISABILITY BENEFITS

We will pay Residual Disability Monthly Benefits as follows:

1. Benefits start on the day of Residual Disability following the Elimination Period or, if later, after the end of compensable Total Disability during the same period of disability.
2. Benefits will continue while you are residually disabled during a period of disability but the combined period for which benefits for Total and Residual Disability are payable can not exceed the Maximum Benefit Period.  And, benefits will not be payable after you attain age 65.
3. The first six monthly payments for Residual Disability will be the greater of:
   a. 50% of the Monthly Benefit for Total Disability; or
   b. the Residual Disability Monthly Benefit determined for each month.

Residual Disability benefits will not be paid for any days for which Total Disability benefits are paid.

In no event will you be considered to have more than one disability at the same time. The fact that a disability is caused by more than one Injury or Sickness or from both will not matter.  We will pay benefits for the disability which provides the greater benefit.

We can require any proof which we consider necessary to determine your Current Monthly Income and Prior Monthly Income.  Also, we or an independent accountant retained by us shall have the right to examine your financial records as often as we may reasonably require.

### RECOVERY BENEFITS

(Nothing in this provision limits the policy definition of "Residual Disability.")

If you are under age 65 and return to gainful full-time work at the end of a period for which we have paid Total and/or Residual Disability benefits, we will:

1. while you are so engaged in gainful full-time work; and
2. while you are having a Loss of Monthly Income in your occupation of at least 20% due to the same Injuries or Sickness;

pay benefits under this back to work provision as though the same period of disability is continuing. You do not have to be receiving care by a Physician while Recovery Benefits are being paid. Payments will be made for each month, up to 3 months, in which (1) and (2) exist. For the first such month, we will pay a benefit based on the greater of:

    a.  the monthly rate computed by the Residual Disability Benefit formula for that month; or

    b.  100% of the actual claim payment made for the 30 days preceding your return to work full time.

The monthly benefit for the second and third months will be computed as in (a) and (b) above; except that, instead of using 100% in (b), 75% will apply for the second month. And, 50% will apply for the third month.

These recovery benefits will not be paid for any days for which Total and/or Residual Disability benefits are paid. And, they will not be paid for more than 3 months in connection with a period of disability.

### COST OF LIVING INDEXING OF PRIOR MONTHLY INCOME
#### (Applicable to benefits paid after the 12th month of a period of disability)

#### Definitions

**CPI-U** means the Consumer Price Index for All Urban Consumers. It is published by the United States Department of Labor. If the CPI-U is discontinued or if its method of computation is changed, we may use another nationally published index. We will choose an index which is similar in scope and purpose to the CPI-U. The CPI-U will then mean the index which is chosen.

**Review Date** means each anniversary date of the start of a period of disability.

**Review Period** means a one year period ending on a Review Date.

**Index Month** means the calendar month three months prior to a Review Date. But, the first Index Month means the calendar month three months prior to the start of a period of disability. We will measure all changes in the CPI-U from the first Index Month.

**Index Factor** is used by us to determine your adjusted Prior Monthly Income for each Review Period. We will compute this factor by dividing the CPI-U for the latest Index Month by the CPI-U for the first Index Month. We will compute it on each Review Date during a period of disability.

#### Adjusted Prior Monthly Income

If Injuries or Sickness results in a period of disability that lasts at least 12 months, we will compute Cost of Living Adjustments on each Review Date for Residual Disability Benefits. Monthly benefits which thereafter accrue during that period of disability will be adjusted by indexing your Prior Monthly Income as follows:

1.  On each Review Date, your Prior Monthly Income will be multiplied by your Index
    Factor.  The result is your adjusted Prior Monthly Income.  It will be used to
    figure your Loss of Monthly Income during the Review Period that follows.  It
    will also be used in the formula to compute each Residual Disability Monthly
    Benefit payable during that Review Period.

    An increase in your Prior Monthly Income can cause your Loss of Monthly Income
    to be greater.  This in turn can result in an increase in your Residual Disa-
    bility Monthly Benefit.  Other than your Index Factor (which is computed by
    using actual CPI-U values), there is no limit on the percent of increase in your
    Prior Monthly Income for a Review Period.  If the CPI-U should go down, your
    adjusted Prior Monthly Income can decrease.  But, it can never reduce below your
    Prior Monthly Income at the start of the period of disability.

2.  Indexing of your Prior Monthly Income will end on the earliest of:

    a.  the end of the period of disability (see Page 4);
    b.  the end of a benefit period; or
    c.  the date you attain age 65.

If the computations end because of a or b above, disability benefits which can be paid
for the first 12 months of a new period of disability will not include a Cost of Living
Adjustment.  A new first Index Month and Review Date will apply to each new period
of disability that lasts more than 12 months.

### WAIVER OF PREMIUM

For periods of disability which start before age 65, the Waiver of Premium provision
on Page 6 is replaced by the following:

#### "WAIVER OF PREMIUM - TOTAL DISABILITY AND RESIDUAL DISABILITY

If, during a period of disability, Injuries or Sickness results in more than 90 days
of Total and/or Residual Disability, we will:

1.  refund any premiums which became due and were paid while you were so disabled;
    and
2.  waive the payment of each premium which thereafter becomes due for as long as
    the period of disability lasts.  After it ends, to keep your policy in force,
    you must again pay any premiums which become due.

For premiums to be waived, you must give us satisfactory proof of disability except
as respects Recovery Benefits."

NOTE:  All portions of this Residual Disability Benefit expire when you attain age
       65 even though the policy may be renewed after you attain age 65.  No further
       premiums for it will be due.

**COST OF LIVING ADJUSTMENTS WITH GUARANTEED PERCENTAGE INCREASE OPTION**
**(Applies to benefits payable after the 12th month of a period of disability)**

### DEFINITIONS

**CPI-U** means the Consumer Price Index for All Urban Consumers.  It is published by the United States Department of Labor.  If the CPI-U is discontinued or if its method of computation is changed, we may use another nationally published index.  We will choose an index which is similar in scope and purpose to the CPI-U.  The CPI-U will then mean the index which is chosen.

**Review Date** means each anniversary date of the start of a period of disability.

**Review Period** means a one year period ending on a Review Date.

**Index Month** means the calendar month three months prior to a Review Date.  But, the first Index Month means the calendar month three months prior to the start of a period of disability.  We will measure all changes in the CPI-U from the first Index Month.

**Benefit Factor** is determined by dividing the CPI-U for the latest Index Month by the CPI-U for the first Index Month.  We will compute it on each Review Date during a period of disability.  It will apply to the Review Period that follows.

**Monthly Benefit for Total Disability** is shown on Page 3.  (It can be increased by a "Social Insurance Substitute (SIS) Benefit" if it is included in your policy and when it is applicable).

**Adjusted Monthly Benefit for Total Disability** is the Monthly Benefit for Total Disability multiplied by the Benefit Factor for a Review Period.  But, an Adjusted Monthly Benefit for Total Disability can not:

1. exceed the Monthly Benefit for Total Disability increased by a percentage factor equal to the completed number of Review Periods multiplied by the percentage shown on Page 3 as the Maximum COLA Percentage; or
2. be less than the amount of the Monthly Benefit for Total Disability increased by a percentage factor equal to the completed number of Review Periods multiplied by 4%.

### BENEFITS

If Injuries or Sickness results in a period of disability that lasts at least 12 months, we will compute Cost of Living Adjustments on each Review Date.   Monthly benefits which thereafter accrue during that period of disability will be adjusted as follows:

1. On each Review Date, we will compute the Benefit Factor and the Adjusted Monthly Benefit for Total Disability for the Review Period that follows.

2. For any Monthly Benefit for Total Disability that accrues during a Review Period, we will pay instead the Adjusted Monthly Benefit for Total Disability.

3.  We will adjust any Residual Disability Monthly Benefit which accrues during a Review Period.  To do this, we will use the Adjusted Monthly Benefit for Total Disability in the formula to determine each Residual Disability Monthly Benefit that is to be paid during that Review Period.  It will be used in the formula instead of the Monthly Benefit for Total Disability.

4.  Computations of Cost of Living Adjustments will end on the earliest of:

    a.  the end of the period of disability (see Page 4);
    b.  the end of a benefit period; or
    c.  the date you attain age 65.

If the computations end because of (a) or (b) above, benefit amounts will revert to those shown on Page 3.  Benefits payable for the first 12 months of a new period of disability will not include a Cost of Living Adjustment.  A new first Index Month and Review Date will apply to each new period of disability that lasts more than 12 months.

If the computations end because of (c) above and if any disability benefits continue to be payable after you attain age 65 for a period of disability that started before you became age 64, we will apply to those benefits the Benefit Factor that last applied before you became age 65.

We will compute a Benefit Factor on the first Review Date for a period of disability that starts between your 64th and 65th birthdays.  This factor will continue to apply to any benefits paid during that period of disability.


### QUALIFIED RIGHT TO INCREASE MONTHLY BENEFIT TO ADJUSTED AMOUNT

When you return to active and gainful full-time work after the end of a period of disability during which Cost of Living Adjustments were made, you may elect to increase the amount of the Monthly Benefit for Total Disability shown on Page 3.  You may increase it to the amount of the Adjusted Monthly Benefit for Total Disability (less any SIS Benefit if included) which was used to determine the last monthly claim payment, if:

1.  you have not reached your 60th birthday on the date you elect the increase; and
2.  within 90 days after the period of disability ends, you make application to us on a form which we will furnish you upon request.  On this form, you must confirm that you are actively and gainfully employed full time.  Other evidence of insurability will not be required.

The effective date of the increase will be the first of the month after we approve your application for the increase.  The required additional premium must be paid within 31 days of that date.  Later premiums for the increase must be paid as part of the renewal premiums for the policy.

The premium for the increase will be based on your attained age at the time of the increase.  It will also be based on our table of premium rates then in effect.

The increase in benefits will apply to new periods of disability which start after the effective date of the increase.

If you do not elect and obtain this increase, the Monthly Benefit for Total Disability will revert to the amount shown on Page 3 for new periods of disability.


335-COLA/GPI-QR          ROBERT H CHRISTENSEN 06-335-5003660                 Page 13

GUARANTEED PERCENTAGE INCREASE OPTION

### Definitions

**Option Date** means each anniversary of the Effective Date of the policy starting with the first and ending with the anniversary which falls on or next follows your 60th birthday. If an Option Date does not coincide with a renewal date for this policy, it will change to coincide with the next renewal date thereafter.

**Option Period** means the period which begins 60 days before and ends 31 days after an Option Date.

### Exercising Increase Option

You have the right to increase the Maximum COLA Percentage shown on Page 3 by the Available Guaranteed Percentage Increase (Available GPI) also shown on Page 3. You may do this, without submitting evidence of insurability, by following the rules set forth below.

An increase can be for the Available GPI or for part of it in increments of 2%.

The request for an increase must be made within an Option Period. It must be a dated written request signed by you. An increase will be effective: (a) on the Option Date if your request is made before that date; or (b) on the date of your request if it is made within 31 days after the Option Date.

You can request an increase during any Option Period even if you are disabled, but the increase will apply only to a period of disability which starts after the effective date of the increase. It must qualify as a separate period of disability (see Page 4).

The first premium for an increase must be paid within 31 days after the effective date of the increase. Later premiums must be paid as part of the Policy Premium. If the premium for the policy is being waived (see Waiver of Premium provision) on the effective date of the increase, you will not have to start paying the premium for the increase until the premium for your policy becomes payable again.

The premium for each increase of the Maximum COLA Percentage will be based on your attained age at the time of each increase. It will also be based on:

1. our premium rates in effect at the time of the increase or on the Effective Date of the policy, whichever is less; and
2. your occupational class at the time of the increase or on the Effective Date of the policy, whichever will produce the lower premium.

When the Maximum COLA Percentage is increased, the premium for this GPI Option is reduced by the charge that was being made for the GPI percentage which was exercised. The reduced premium will be based on the Available GPI remaining, if any.

### Option Expiration Date

This GPI Option will expire, and no further premiums for it will be due, on the earlier of: (a) the date when the full Available GPI has been exercised; or (b) the date when the Option Period ends for the age 60 Option Date described above.

NOTE:  **The GPI portion of this benefit provision and its premium will cease as stated above. The COLA portion continues until you attain age 65 when it and the premium for it will terminate, even though the policy may be renewed after you attain age 65.**

335-COLA/GPI-QR        ROBERT H CHRISTENSEN 06-335-5003660        Page 14

## PREMIUMS AND RENEWALS

**POLICY TERM**
The first term of this policy starts on the Effective Date shown on Page 3. It ends on the First Renewal Date also shown. Later terms will be the periods for which you pay renewal premiums when due. All terms will begin and end at 12:01 A.M., Standard Time, at your home. The renewal premium for each term will be due on the day the preceding term ends, subject to the grace period.

**GRACE PERIOD**
This policy has a 31 day grace period. This means that if a renewal premium is not paid on or before the date it is due, it may be paid during the next 31 days. During the grace period, the policy will stay in force.

**CONDITIONAL RIGHT TO RENEW AFTER AGE 65; PREMIUMS ARE NOT GUARANTEED**
(Continued from Page 1)
You can renew this policy as long as you are actively and gainfully working full time. From time to time, we can require proof that you are actively and gainfully working full time. If you stop working, (except by reason of Total Disability), this policy will terminate; except that coverage will continue to the end of any period for which premium has been accepted.

Premiums must be paid on time. They will be based on our table of rates by attained age in effect at time of renewals for persons in your same rate class who are insured under policies of this form. Other than your attained age, the factors used to determine your rate class will be the same as those that applied to you on the Effective Date of this policy.

The benefit provisions which will be included in this policy, if it is continued after you attain age 65, are described on Page 7.

**REINSTATEMENT**
If a renewal premium is not paid before the grace period ends, the policy will lapse. Later acceptance of the premium by us or by our agent authorized to accept payment without requiring an application for reinstatement will reinstate this policy.

If we or our agent require an application, you will be given a conditional receipt for the premium tendered. If the application is approved, the policy will be reinstated as of the approval date. Lacking such approval, the policy will be reinstated on the 45th day after the date of the conditional receipt unless we have previously written you of our disapproval.

The reinstated policy will cover only loss that results from Injuries which occur after the date of reinstatement or Sickness which is first manifested more than 10 days after such date. In all other respects, your rights and ours will remain the same, subject to any provisions noted on or attached to the reinstated policy.

**SUSPENSION DURING MILITARY SERVICE**
If you enter full-time active duty in the military (land, sea or air) service of any nation or international authority, you may suspend your policy. But, you may not suspend the policy during active duty for training lasting 3 months or less. The policy will not be in force while it is suspended, and you will not be required to pay premiums. Upon receipt of your written request to suspend the policy, we will refund the pro-rata portion of any premium paid for a period beyond the date we receive your request.

If your full-time active duty in military service ends before age 65, you may place this policy back in force without evidence of insurability. Your coverage will start again when:

1. we have received your written request to place the policy back in force; and
2. you have paid the required pro-rata premium for coverage until the next premium due date.

However, your request and premium payment must be received by us within 90 days after the date your active duty in the military service ends. Premiums will be at the same rate that they would have been had your policy remained in force. The policy will not cover any loss due to Injuries which occur or Sickness which is first manifested while the policy is suspended. In all other respects you and we will have the same rights under the policy as before it was suspended.

**PREMIUM ADJUSTMENT AT DEATH**
Any premium paid for a period beyond the date of your death will be refunded to your estate.

## CLAIMS

**NOTICE OF CLAIM**
Written notice of claim must be given within 20 days after a covered loss starts or as soon as reasonably possible. The notice can be given to us at our home office, Chattanooga, Tennessee, or to our agent. Notice should include your name and the policy number.

**CLAIM FORMS**
When we receive your notice of claim, we will send you claim forms for filing proof of loss. If these forms are not given to you within 15 days, you will meet the proof of loss requirements by giving us a written statement of the nature and extent of your loss. You must give us this proof within the time set forth in the Proof of Loss section.

**PROOF OF LOSS**
If the policy provides for periodic payment for a continuing loss, you must give us written proof of loss within 90 days after the end of each period for which we are liable. For any other loss, written proof must be given within 90 days after such loss.

If it was not reasonably possible for you to give written proof in the time required, we will not reduce or deny the claim for this reason if the proof is filed as soon as reasonably possible. In any event, the proof required must be furnished no later than one year after the 90 days unless you are legally unable to do so.

## TIME OF PAYMENT OF CLAIMS
After we receive written proof of loss, we will pay monthly all benefits then due you
for disability.  Benefits for any other loss covered by this policy will be paid as
soon as we receive proper written proof.

## PAYMENT OF CLAIMS
Benefits will be paid to you.  Any benefits unpaid at death will be paid to your es-
tate.

If benefits are payable to your estate, we can pay benefits up to $1000 to someone
related to you by blood or marriage whom we consider to be entitled to the benefits.
We will be discharged to the extent of any such payment made in good faith.

## PHYSICAL EXAMINATIONS
We, at our expense, have the right to have you examined as often as is reasonable while
a claim is pending.

## MISSTATEMENT OF AGE
If your age has been misstated, the benefits will be those the premium paid would have
bought at the correct age.

## LEGAL ACTIONS
You may not start a legal action to recover on this policy within 60 days after you
give us required proof of loss. You may not start such action after three years from
the time proof of loss is required.

### GENERAL PROVISIONS

## ENTIRE CONTRACT
This policy with the application and attached papers is the entire contract between
you and us.  No change in this policy will be effective until approved by one of our
officers.  This approval must be noted on or attached to this policy.  No agent may
change this policy or waive any of its provisions.

## INCONTESTABLE

1.  After this policy has been in force for two years during your lifetime, we
    cannot contest the statements in the application.

2.  No claim for loss incurred or disability that starts after two years from the
    Effective Date of this policy will be reduced or denied on the ground that a
    sickness or physical condition not excluded by name or specific description had
    existed before the Effective Date of this policy.

## CONFORMITY WITH STATE STATUTES
Any provision of this policy which, on its effective date, is in conflict with the
laws of the state in which you reside on that date is changed to conform to the minimum
requirements of those laws.

## ASSIGNMENT
No assignment of interest in this policy will be binding on us until a copy is on file
with us.  We are not responsible for the validity of any assignment.

335-GP-CA              ROBERT H CHRISTENSEN 06-335-5003660              Page 17

### PREMIUM PAYMENT RIDER

In consideration of the Premium Payment Agreement between the Association and us, we agree to accept Policy Premiums as billed you.

The conditions of this rider are:

1.  The policy will not continue in force beyond the time for which the premium is paid, subject to the grace period.

2.  This rider will be void if:

    a.  your membership in the Association ends; or

    b.  the Premium Payment Agreement is terminated.

3.  If this rider is voided, premiums will be due and payable as required in the policy.