```
JOHN C. FERRY, ESQ. (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 MONTGOMERY ST., SUITE 2500
SAN FRANCISCO, CA 94104
TEL.: (415) 951-0535
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. CHRISTENSEN | No. C 07 04789 |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 10/9/07

Signature: [signature]

Counsel for Defendant Provident
(Plaintiff, Defendant, or indicate "pro se")