1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY, & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA  94104
   Telephone:  (415) 951-0535
4  Facsimile:   (415) 391-7808

5  Attorneys for Defendant
   PROVIDENT LIFE AND ACCIDENT
6  INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  ROBERT H. CHRISTENSEN              )    Case No. C 07 04789
                                       )
13              Plaintiff,             )    **DEFENDANT'S NOTICE OF**
                                       )    **MOTION AND MOTION TO**
14       v.                            )    **DISMISS FOR FAILURE TO STATE**
                                       )    **A CLAIM UPON WHICH RELIEF**
15  PROVIDENT LIFE AND ACCIDENT        )    **CAN BE GRANTED** (FRCP 12(b)(6)
    INSURANCE COMPANY,                 )
16                                     )    Date:   November 20, 2007
                Defendant.             )    Time:   TBD
17  _____   )    Courtroom: TBD

18                                          Supporting Papers:
                                            1. Points and Authorities
19                                          2. Ferry Declaration
                                            3. [Proposed] Order
20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────
                NOTICE AND MOTION TO DISMISS
                                            Case No. C07-04789

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 20, 2007, at a time to be selected by the Court, or as soon thereafter as this matter may be heard, Defendant Provident Life & Accident Insurance Company ("Defendant") will move this court to dismiss the Third Cause of Action of Plaintiff's Complaint herein pursuant to FRCP 12(b)(6) because the Third Cause of Action fails to state a claim upon which relief can be granted because a cause of action for violation of Business & Professions Code 17200 cannot lie against an insurance company in an action over a claims dispute. Further, Defendant requests that the Court strike those portions of the Complaint that would support the Third Cause of Action.

The motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Declaration of John C. Ferry, and the pleadings and papers filed herein.

KELLY, HERLIHY, & KLEIN LLP

Dated: October 10, 2007          By _____
                                          John C. Ferry
                                       Attorneys for Plaintiff
                                  PROVIDENT LIFE & ACCIDENT
                                      INSURANCE COMPANY

E:\27212\P04.wpd