```
 1  THOMAS M. HERLIHY (SBN 83615)
    JOHN C. FERRY (SBN 104411)
 2  KELLY, HERLIHY, & KLEIN LLP
    44 Montgomery Street, Suite 2500
 3  San Francisco, CA  94104
    Telephone:  (415) 951-0535
 4  Facsimile:   (415) 391-7808

 5  Attorneys for Defendant
    PROVIDENT LIFE AND ACCIDENT
 6  INSURANCE COMPANY

 7

 8                 UNITED STATES DISTRICT COURT

 9                NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  ROBERT H. CHRISTENSEN           )   Case No. C 07 04789
                                    )
13                  Plaintiff,      )   [PROPOSED] ORDER DISMISSING
                                    )   THE THIRD CAUSE OF ACTION OF
14       v.                         )   COMPLAINT
                                    )
15  PROVIDENT LIFE AND ACCIDENT     )   Date:  November 20, 2007
    INSURANCE COMPANY,              )   Time:  TBD
16                                  )   Courtroom: TBD
                    Defendant.      )
17  _____  )   Supporting Papers:
                                        1. Points and Authorities
18                                      2. Ferry Declaration
                                        3. Notice and Motion
```

---

[PROPOSED] ORDER RE MOTION TO DISMISS

Case No. C07-04789

1   This matter came on regularly for hearing. Appearances of counsel are as reflected in the
2   minutes of the Clerk.
3   Defendant Provident Life & Accident Insurance Company ("Defendant") seeks an order to
4   dismiss the Third Cause of Action of Plaintiff's Complaint and the attendant supporting allegations.
5   The Court finds that Defendant's motion is well taken. There is no private right of action under
6   Insurance Code section 790 and unfair practices claims based on alleged violations of Business and
7   Professions Code Section 17200 are barred by *Moradi-Shalal v. Fireman's Fund Ins. Companies*, 46
8   Cal.3d 287 (1988) and *Textron Financial Corporation v. National Union Fire Insurance Co.*, 118
9   Cal. App. 4th 1061 (2004).

## ORDER

12  Defendant's motion is granted and the Third Cause of Action of Plaintiff's Complaint is
13  hereby dismissed and the attendant supporting allegations are stricken.
14  Plaintiff has twenty (20) days to amend his pleadings.

Dated: November __, 2007      By _____
                                    United States District Judge

E:\27212\P06.wpd

-2-

[PROPOSED] ORDER RE MOTION TO DISMISS
Case No. C07-04789