1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY, & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104
   Telephone: (415) 951-0535
4  Facsimile:  (415) 391-7808

5  Attorneys for Defendant
   PROVIDENT LIFE AND ACCIDENT
6  INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

| 12 | ROBERT H. CHRISTENSEN, | ) | Case No. C 07 04789 JF |
|---|---|---|---|
| 13 | Plaintiff, | ) | **DEFENDANT'S RE-NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** (FRCP 12(b)(6) |
| 14 | v. | ) | |
| 15 | PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) | |
| 16 | Defendant. | ) | Date: December 21, 2007<br>Time: 9:00 a.m.<br>Courtroom: 3 |
| 17 | | ) | |
| 18 | | | Honorable Jeremy Fogel |

---

RE-NOTICE AND MOTION TO DISMISS

Case No. C07-04789

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 21, 2007 at 9:00 a.m., Defendant Provident Life & Accident Insurance Company ("Defendant") will move this court to dismiss the Third Cause of Action of Plaintiff's Complaint herein pursuant to FRCP 12(b)(6) because the Third Cause of Action fails to state a claim upon which relief can be granted because a cause of action for violation of Business & Professions Code 17200 cannot lie against an insurance company in an action over a claims dispute. Further, Defendant requests that the Court strike those portions of the Complaint that would support the Third Cause of Action.

The motion will be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Declaration of John C. Ferry, and the pleadings and papers filed herein.

Dated: October 12, 2007

KELLY, HERLIHY, & KLEIN LLP

By _____
John C. Ferry
Attorneys for Plaintiff
PROVIDENT LIFE & ACCIDENT
INSURANCE COMPANY

E:\27212\P08.wpd

RE-NOTICE AND MOTION TO DISMISS

Case No. C07-04789