JOSEPH A. SCANLAN, JR. (SBN 101928)
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA  95110
Email:  jas@millermorton.com
Telephone: 408-292-1765
Fax:  408-436-8272

Attorneys for Plaintiff ROBERT CHRISTENSEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| ROBERT CHRISTENSEN,<br><br>    Plaintiff,<br>vs.<br><br>PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, a corporation,<br><br>    Defendants. | Case No. C07 04789<br><br>**PLAINTIFF ROBERT CHRISTENSEN'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: (List names and identify their connection and interest):

| Name of Interested Entity or Person | Nature of Interest |
|---|---|
| 1.     NONE TO DISCLOSE | |

*Please attach additional sheets with Entity or Person Information if necessary.*

Please check here if applicable:

☒ Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report

MILLER MORTON CAILLAT & NEVIS, LLP

BY:   /s/                                      Date: December 27 , 2007
     JOSEPH A. SCANLAN, JR.
     Attorneys for Plaintiff Robert Christensen

*THIS DOCUMENT WAS E-FILED AND SERVED ELECTRONICALLY ON COUNSEL FOR ALL PARTIES AND WAS SERVED BY MAIL PURSUANT TO THE ATTACHED DECLARATION OF SERVICE*

## DECLARATION OF SERVICE

      I, the undersigned, declare I am now and at all times herein mentioned have been over the age of eighteen years, a citizen of the United States, employed in Santa Clara County, California, by a member of the bar, at whose direction this service is made. I am not a party to the within action or cause. My business address is 25 Metro Drive, 7th Floor, San Jose, CA 95110-1339. On the date set forth below, I served the below-stated person(s) the within **CERTIFICATE OF INTERESTED PARTIES**

    [XXX]    **BY MAIL** on the same party(ies) in said action, in accordance with CCP §1013a, by placing a true copy thereof enclosed in a sealed envelope addressed as shown below. I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit:

<u>Counsel for Defendant Provident:</u>

JOHN C. FERRY
KELLY, HERLIHY & KLEIN LLP
44 MONTGOMERY STREET, SUITE 2500
SAN FRANCISCO, CA 94104

      I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on December 27, 2007, at San Jose, California.

                                                                  /s/_____
                                                                   Lynn Carlson

::ODMA\GRPWISE\MMCN_SJDOMAIN.MMCN_SJPO.NewLitigationLibrary:30629.1