1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  KELLY, HERLIHY, & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA  94104
   Telephone: (415) 951-0535
4  Facsimile:   (415) 391-7808

5  Attorneys for Defendant
   PROVIDENT LIFE AND ACCIDENT
6  INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 ROBERT H. CHRISTENSEN         )   Case No. C 07 04789JF
                                 )
13           Plaintiff,           )   **CERTIFICATE OF INTERESTED
                                 )   PARTIES**
14      v.                        )
                                 )
15 PROVIDENT LIFE AND ACCIDENT   )
   INSURANCE COMPANY,            )
16                                )
             Defendant.           )
17 _____)

18

---

CERTIFICATE OF INTERESTED PARTIES

1 | The undersigned, counsel of record for defendant Provident Life & Accident Insurance
2 | Company certifies that the following listed party (or parties) may have a pecuniary interest in the
3 | outcome of this case. These representations are made to enable the Court to evaluate possible
4 | disqualification or recusal.
5 |       Provident Life & Accident Insurance Company

KELLY, HERLIHY, & KLEIN LLP

Dated: December 28, 2007      By _____/S/_____
                                                  John C. Ferry
                                             Attorneys for Plaintiff
                                       PROVIDENT LIFE & ACCIDENT
                                                INSURANCE COMPANY

E:\27212\P10.wpd

-1-

CERTIFICATE OF INTERESTED PARTIES

Case No. C07-04789JF