UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, January 4, 2008
**Case Number:** CV-07-4789-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | ROBERT CHRISTENSEN V. PROVIDENT LIFE & ACCIDENT INSURANCE CO. | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | Attorneys Present: Joseph Scanlan, Jr. | Attorneys Present: Thomas Herlihy |

PROCEEDINGS:

    Hearing on Motion to Dismiss held. Parties are present. The motion is taken under submission. Case management conference held. Case referred to court mediation, to be assigned to mediator with evaluative orientation. Continued to 4/4/08 at 10:30 a.m. for further case management conference.