# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Christensen,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Provident Life and Accident Insurance Company,<br><br>　　　　　　Defendant(s). | 07-04789 JF MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Samuel F. Barnum**
> Attorney at Law
> 4302 Redwood Highway, Ste. 100
> San Rafael, CA 94903
> 415-492-9800

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04789 JF MED                                  - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: January 28, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04789 JF MED                            - 2 -