1  THOMAS M. HERLIHY (SBN 83615)
   FRANCIS TORRENCE (SBN 154653)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:   (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant/Counterclaimant
6  PROVIDENT LIFE AND ACCIDENT
   INSURANCE COMPANY
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ROBERT H. CHRISTENSEN, <br><br> Plaintiff, <br><br> v. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Defendant. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, <br><br> Counterclaimant, <br><br> v. <br><br> ROBERT H. CHRISTENSEN <br><br> Counterdefendant. | Case No.: C 07 04789 <br><br> **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |

1

The parties submit this further Supplemental Joint Case Management Conference Statement in order to inform the Court that the parties participated in a private mediation on March 27, 2008. The mediator was Samuel F. Barnum. The case did not settle at the mediation.

MORTON, CAILLAT & NEVIS

April 3, 2008

Joseph A. Scanlan
Attorney for Plaintiff/Counterdefendant
ROBERT H. CHRISTENSEN

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

April 3, 2008

Francis Torrence
Attorneys for Defendant/Counterclaimant
PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY