## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, April 4, 2008
**Case Number:** CV-07-4789-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | ROBERT CHRISTENSEN V. PROVIDENT LIFE & ACCIDENT INSURANCE CO. | |
|---|---|---|
| | **PLAINTIFF** | **DEFENDANT** |
| | **Attorneys Present:** Joseph Scanlan, Jr. | **Attorneys Present:** Francis Torrence |

---

PROCEEDINGS:

    Further case management conference held. Parties are present. The Court adopts the proposed case schedule. The case is set for jury trial on 6/5/09 at 1:30 p.m. and pretrial conference on 5/22/09 at 11:00 a.m.