1  THOMAS M. HERLIHY (SBN 83615)
   JOHN C. FERRY (SBN 104411)
2  FRANCIS TORRENCE (SBN 154653)
   KELLY, HERLIHY, & KLEIN LLP
3  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104
4  Telephone: (415) 951-0535
   Facsimile: (415) 391-7808
5
   Attorneys for Defendant/Counterclaimant
6  PROVIDENT LIFE AND ACCIDENT
   INSURANCE COMPANY
7

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12
   ROBERT H. CHRISTENSEN          )   Case No. C 07 04789
13                                )
              Plaintiff,          )   **SUBSTITUTION OF ATTORNEY**
14                                )
       v.                         )
15                                )
   PROVIDENT LIFE AND ACCIDENT    )
16 INSURANCE COMPANY,             )
                                  )
17            Defendant.          )
                                  )
18 _____)
                                  )
   PROVIDENT LIFE AND ACCIDENT    )
19 INSURANCE COMPANY,             )
                                  )
20            Counterclaimant,    )
                                  )
21     v.                         )
                                  )
22 ROBERT H. CHRISTENSEN          )
                                  )
23            Counterdefendant.   )
                                  )
24 _____)

25

26

27

28

---

SUBSTITUTION OF ATTORNEY

Case No. C07-04789

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:

3      **PLEASE TAKE NOTICE** that defendant/counterclaimant Provident Life and Accident
4  Insurance Company hereby substitutes counsel as follows:

6  1.    Former legal representative:

7      Kelly, Herlihy & Klein, LLP

9  2.    New legal representative:

10     Thomas M. Herlihy, Esq. (SBN 83615)
    John C. Ferry, Esq. (SBN 104411)
11     Wilson, Elser, Moskowitz, Edelman & Dicker
    525 Market Street, 17th Floor
12     San Francisco, CA 94105-2725
    Tel: (415) 433-0990
13     Fax: (415) 434-1370

15 3.    The party making this substitution is defendant/counterclaimant Provident Life and Accident
16 Insurance Company.

18 4.    I consent to this substitution.

20 Dated: March 31, 2008    STEPHEN J PAUNIER    _[signature]_
    (Print Name)    (Signature of party) Asst. V.P.

22 5.    I consent to this substitution.

24 Dated: April 4, 2008    Thomas M. Herlihy    _[signature]_
    (Print Name)    (Signature of former attorney)

-1-

SUBSTITUTION OF ATTORNEY

Case No. C07-04789

1  6.   I am duly admitted to practice in this District and accept this substitution.

2  Dated: March 4, 2008        Thomas M. Hanrahan           _____
3                              (Print Name)                 (Signature of new attorney)

5  Substitution of Attorney is hereby approved

7  Date: _____, 2008    _____
                                    UNITED STATES DISTRICT JUDGE

11  E:\27212\P13

-2-

SUBSTITUTION OF ATTORNEY

Case No. C07-04789