*United States District Court*
*Northern District of California*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## Northern District of California

Christensen,

                Plaintiff(s),

     v.

Provident Life and Accident Insurance

Company,

                Defendant(s).

No. C 07-04789 JF MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.    I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) _3-27-08_

2.    Did the case settle?    ☐ fully    ☐ partially    ☑ no

3.    If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☑ phone discussions expected by (date) _4-11-08_

    ☐ no

**4.    IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☑ NO

Dated:    _4-9-08_    _____

    Mediator, Samuel F. Barnum
    Attorney at Law
    4302 Redwood Highway, Ste. 100
    San Rafael, CA 94903

**Certification of ADR Session**
07-04789 JF MED