JOSEPH A. SCANLAN, JR. (SBN 101928)
MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone:   (408) 292 1765
Facsimile:   (408) 436 8272

Attorneys for Plaintiff
ROBERT CHRISTENSEN

THOMAS M. HERLIHY (SBN 83615)
FRANCIS TORRENCE (SBN 154653)
CHRISTINA VAN WERT (SBN 242741)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant/Counterclaimant
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ROBERT H. CHRISTENSEN, | CASE NO.:  C 07 04789 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Counterclaimant, | |
| v. | |
| ROBERT H. CHRISTENSEN, | |
| Counterdefendant. | |

STIPULATION AND [PROPOSED] ORDER
CASE NO.: C07-04789

402521.1

The parties, plaintiff and counterdefendant Robert H. Christensen ("plaintiff") and defendant and countercomplainant Provident Life and Accident Insurance Company ("defendant"), through their respective counsel of record, hereby stipulate as follows:

The parties had previously proposed, and the Court had confirmed an Expert Disclosure date of November 14, 2008. While the parties have been engaged in the initial stages of discovery, they mutually have realized that efficient case management would suggest that they agree to reschedule the Expert Disclosure related dates until after the beginning of the new year.

Therefore, the parties propose the following amendment to the existing pretrial schedule for Expert Disclosure, with the Discovery Cut-off date and other court-ordered dates remaining unchanged, and request the Court to issue an order accordingly:

| | |
|---|---|
| Expert Disclosures: | February 23, 2009 |
| Supplemental Disclosures: | March 2, 2009 |
| Discovery Cut-off: | March 13, 2009 |

Of course, if the Court has questions about this request, or is otherwise inclined, the parties will make themselves available for a telephonic conference to discuss this issue with the Court, or can appear in person per the Court's desire.

**IT IS SO STIPULATED**

Dated: November 12, 2008     MILLER MORTON CAILLAT & NEVIS, LLP

By:_____/s/_____
JOSEPH A. SCANLAN
Attorneys for Plaintiff/Counterdefendant
ROBERT H. CHRISTENSEN

Dated: November 12, 2008    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/
THOMAS M. HERLIHY
FRANCIS TORRENCE
CHRISTINA VAN WERT
Attorney for Defendant/Counterclaimant
PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY

### ORDER

Good cause appearing, it is hereby ordered that the existing pretrial schedule be amended as follows:

| | |
|---|---|
| Expert Disclosures: | February 23, 2009 |
| Supplemental Expert Disclosures: | March 2, 2009 |
| Discovery Cut-off: | March 13, 2009 |

All other pretrial and trial dates remain the same. _____.

IT IS SO ORDERED

Date: 11/13, 2008    _____
JEREMY FOGEL
JUDGE OF THE UNITED STATES
DISTRICT COURT