United States District Court
For the Northern District of California

\* E-filed 4/16/09\*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ROBERT H. CHRISTENSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROVIDENT LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br><br>　　　　Defendant | Case No. C07-04789 JF (HRL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME RE: MOTION TO COMPEL; AND (2) SETTING HEARING ON MOTION TO COMPEL**<br><br>Re: Docket No. 44 |

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,

　　　　Counterclaimant,

　　v.

ROBERT H. CHRISTENSEN,

　　　　Counterdefendant　　　　　　　　　／

Defendant Provident Life and Accident Insurance Company ("Provident") filed a motion to compel discovery in the form of additional deposition testimony, and additional responses to interrogatories and requests for production.

Presently before the court is Provident's motion for an expedited April 21, 2009 hearing on its motion to compel. Plaintiff opposes the request for shortened time. Upon consideration of the papers submitted by the parties, the court orders as follows:

1.    1.    The court does not find that good cause has been shown to justify an expedited hearing. Due to unavailability of the court on April 28, 2009, the hearing on defendant's motion to compel is set for May 5, 2009, 10:00 a.m. in Courtroom 2.

2.    Briefing on the motion shall proceed in accordance with the court's Civil Local Rules.

**IT IS SO ORDERED.**

Dated: 4/16/09



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT VIA ECF.

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 4/16/09

                                            /s/ mpk
                                  Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California