**E-Filed 8/13/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT H. CHRISTENSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　Defendant.<br>_____<br>AND RELATED COUNTERCLAIMS. | Case Number C 07-4789 JF (HRL)<br><br>ORDER OF DISMISSAL |

　　The Court has been advised that the parties have agreed to a settlement of this case.

　　IT IS HEREBY ORDERED that the case be dismissed with prejudice. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

　　All hearings and/or trial dates set in this matter are VACATED.

Dated:  August 13, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　United States District Judge

Case No. C 07-4789 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)

Copies of Order served on:

Christina Renee Van Wert     christina.vanwert@wilsonelser.com

David Irwin Kornbluh     dkornbluh@millermorton.com, mes@millermorton.com, paf@millermorton.com

Francis Jude Torrence     francis.torrence@wilsonelser.com, marissa.otellini@wilsonelser.com

John C. Ferry     john.ferry@wilsonelser.com

Joseph Aloyslius Scanlan , Jr     jas@millermorton.com, mes@millermorton.com

Thomas M. Herlihy     thomas.herlihy@wilsonelser.com

Case No. C 07-4789 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)